**IN the INTEREST OF L.L., a Child.**

**A.L. Appellant,**

v.

**Department of Children and Families, and Guardian Ad Litem Program, Appellees.**

**Case No. 2D16–4357**

District Court of Appeal of Florida, Second District.

Opinion filed December 16, 2016.

Tien Tien of the Law Offices of Andrew Shein, P.A., Tampa, for Appellant.

Pamela J. Bondi, Attorney General, Tallahassee, and Mary Soorus, Assistant Attorney General, Tampa, for Appellee, Department of Children and Families.

No appearance for Appellee, Guardian Ad Litem Program.

PER CURIAM.

Upon the concession of error by the Florida Department of Children and Families, the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings.

Reversed and remanded.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.